KENNETH G. HAUSMAN (No. 57252)
JOHN P. DUCHEMIN (No. 250501)
HOWARD RICE NEMEROVSKI CANADY
  FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  415/434-1600
Facsimile:  415/217-5910

Attorneys for Plaintiff
MALTZ ASSOCIATES, L.P.

CINDY HAMILTON
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone:  650/328-8500
Facsimile:  650/328-8508

GREGORY J. CASAS (*Admitted Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  713/374-3500
Facsimile:  713/374-3505

Attorneys for Defendant
HEWITT ASSOCIATES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALTZ ASSOCIATES, L.P., | No. C 08-04626-VRW |
| Plaintiff, | Action Filed: October 6, 2008 |
| v. | STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE AMENDMENT TO COMPLAINT |
| HEWITT ASSOCIATES LLC, | |
| Defendant. | |

STIP. & ORDER FOR LEAVE TO FILE AMENDMENT TO COMPLAINT   CV 08-04626-VRW

| | |
|---|---|
| 1 | It is stipulated by and between Plaintiff Maltz Assosciates, L.P. ("MALP") and Defendant Hewitt Associates LLC ("Hewitt"), through their counsel of record, as follows: |
| | MALP filed its Judicial Council form complaint ("Complaint") in California state court on September 5, 2008, Hewitt removed the action to federal court on October 6, 2008, and Hewitt filed its answer ("Answer") to the Complaint on October 10, 2008; |
| | In the fourth sentence of the third paragraph of Exhibit BC-1 to the Complaint, MALP alleged that MALP principal Scott Maltz sent an e-mail dated November 7, 200<u>6</u> to Nancy Carracher of Hewitt on November 7, 200<u>2</u>; and |
| | That date was a typographical error and the correct date Scott Maltz sent the November 7, 2006 e-mail to Nancy Carracher is November 7, 2006; |
| | MALP and Hewitt agree that the Complaint may be deemed amended to substitute the year "2006" in place of "2002" in the fourth sentence of the third paragraph of Exhibit BC-1 of the Complaint, and that the Answer shall be deemed the answer to the Complaint as so amended. |

DATED: February 4, 2009.

Respectfully,

KENNETH G. HAUSMAN
JOHN P. DUCHEMIN
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By:     */s/Kenneth G. Hausman*
        KENNETH G. HAUSMAN

Attorneys for Plaintiff MALTZ ASSOCIATES, L.P.

DATED: February 4, 2009.

GREGORY J. CASAS
CINDY HAMILTON
GREENBERG TRAURIG, LLP

By:     */s/ Gregory J. Casas*
        GREGORY J. CASAS

Attorneys for Defendant HEWITT ASSOCIATES LLC

-1-

STIP. & ORDER FOR LEAVE TO FILE AMENDMENT TO COMPLAINT   CV 08-04626-VRW

## ATTESTATION

I, Kenneth G. Hausman, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order For Leave To File Amendment To Complaint. In compliance with General Order 45.X.B, I hereby attest that Gregory J. Casas has concurred in this filing.

DATED: February 4, 2009.

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, A Professional Corporation

By: */s/Kenneth G. Hausman*
KENNETH G. HAUSMAN

Attorneys for Plaintiff MALTZ ASSOCIATES, L.P.

## ORDER

Based on the Stipulation of the parties through counsel and good cause appearing therefore,

IT IS HEREBY ORDERED that leave is granted to Plaintiff to file the Amendment to the Complaint attached hereto as Exhibit A, and Defendant's Answer filed on October 10, 2008 shall be the answer to the Complaint as so amended.

DATED: 2/5/2009 .

_____
GRANTED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
STIP. & ORDER FOR LEAVE TO FILE AMENDMENT TO COMPLAINT   CV 08-04626-VRW