KENNETH G. HAUSMAN (No. 57252)
JOHN P. DUCHEMIN (No. 250501)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Plaintiff
MALTZ ASSOCIATES, L.P.

WILLIAM GOINES
CINDY HAMILTON
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650/328-8500
Facsimile: 650/328-8508

Attorneys for Defendant
HEWITT ASSOCIATES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALTZ ASSOCIATES, L.P., | No. C 08-04626-VRW |
| Plaintiff, | Action Filed: October 6, 2008 |
| v. | STIPULATION AND [PROPOSED] ORDER RE PLAINTIFF'S MOTION-TO-COMPEL DEADLINE |
| HEWITT ASSOCIATES LLC, | |
| Defendant. | |

It is stipulated by and between Plaintiff Maltz Associates, L.P. ("MALP") and Defendant Hewitt Associates LLC ("Hewitt"), through their counsel of record, that (1) Plaintiff MALP's time to file a letter with the Court requesting leave to file a motion to compel fact discovery shall be extended to seven court days after counsel for MALP receives the complete transcript of the FRCP 30(b)(6) deposition of Hewitt, and (2) if leave is granted, the motion shall be filed within ten days thereafter.

The above stipulation is made based on the facts set forth below:

Fact discovery cutoff in this case was May 15, 2009, and expert discovery cutoff is May 29, 2009;

MALP sent a letter to the Court on March 11, 2009, requesting leave to file a motion to compel discovery responses from Hewitt;

At a telephone conference between the Court and counsel on March 25, 2009, that motion was postponed pending the outcome of mediation;

The April 28, 2009, mediation did not result in a settlement;

Following the mediation, the parties continued their discussions regarding discovery issues raised in MALP's March 11, 2009, letter to the Court requesting leave to file a motion to compel, and other discovery issues that have arisen since that letter;

MALP agreed to Hewitt's request to have until May 22 and then until May 29, 2009, to provide further documents, logs and other materials in response to MALP's discovery requests;

MALP's FRCP 30(b)(6) deposition of Hewitt (the "Hewitt deposition") initially was scheduled for May 15, 2009, but has been rescheduled pursuant to the parties' joint agreement to June 25, 2009;

Civil Local Rule 26-2 states that "[w]here the Court has set separate deadlines for fact and discovery, no motions to compel fact discovery may be filed more than 7 court days after the fact discovery cut-off, and no motions to compel expert discovery may be filed more than 7 court days after the expert discovery cut-off."

Based on the above, MALP and Hewitt hereby stipulate that (1) Plaintiff MALP's time

-1-

to file a letter with the Court requesting leave to file a motion to compel fact discovery shall be extended to seven court days after counsel for MALP receives the complete transcript of the FRCP 30(b)(6) deposition of Hewitt, and (2) if leave is granted, the motion shall be filed within ten days thereafter.

DATED: May 26, 2009.

Respectfully,

KENNETH G. HAUSMAN
JOHN P. DUCHEMIN
HOWARD RICE NEMEROVSKI CANADY FALK
   & RABKIN
A Professional Corporation

By: */s/ Kenneth G. Hausman*
      KENNETH G. HAUSMAN

Attorneys for Plaintiff MALTZ ASSOCIATES, L.P.

DATED: May 26, 2009.

WILLIAM GOINES
CINDY HAMILTON
GREENBERG TRAURIG, LLP

By: */s/ William Goines*
      WILLIAM GOINES

Attorneys for Defendant HEWITT ASSOCIATES LLC

## ATTESTATION

I, Kenneth G. Hausman, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order For Leave To File Amendment To Complaint. In compliance with General Order 45.X.B, I hereby attest that William Goines has concurred in this filing.

DATED: May 26, 2009.

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, A Professional Corporation

By: */s/ Kenneth G. Hausman*
      KENNETH G. HAUSMAN

Attorneys for Plaintiff MALTZ ASSOCIATES, L.P.

ORDER

Based on the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED) that (1) Plaintiff MALP's time to file a letter with the Court requesting leave to file a motion to compel fact discovery shall be extended to seven court days after counsel for MALP receives the complete transcript of the FRCP 30(b)(6) deposition of Hewitt, and (2) if leave is granted, the motion shall be filed within ten days thereafter.

DATED: 5/29/2009



-3-
STIP. & ORDER RE MOTION-TO-COMPEL DEADLINE    CV 08-04626-VRW

| | |
|---|---|
| 1 | PROOF OF SERVICE BY MAIL |
| 2 | I, Myrna DaCunha, declare: |
| 3 | I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024. |

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On May 26, 2009, I served the following document(s) described as **STIPULATION AND [PROPOSED] ORDER RE PLAINTIFF'S MOTION-TO-COMPEL DEADLINE** on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the law offices of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, located at Three Embarcadero Center, Seventh Floor, San Francisco, California, to be served by mail addressed as follows:

> Gregory J. Casas, Esq.
> Greenberg Traurig, LLP
> 1000 Louisiana Street, Suite 1700
> Houston, TX 77002

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on May 26, 2009.



Myrna DaCunha