KENNETH G. HAUSMAN (SBN 57252)
JOHN P. DUCHEMIN (SBN 250501)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone: (415) 434-1600
Facsimile: (415) 217-5910
Email: khausman@howardrice.com;
jduchemin@howardrice.com

Attorneys for Plaintiff Maltz Associates, L.P.

WILLIAM J. GOINES (SBN 061290)
KAREN ROSENTHAL (SBN 209419)
CINDY HAMILTON (SBN 217951)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com; rosenthalk@gtlaw.com;
    hamiltonc@gtlaw.com

GREENBERG TRAURIG
GREGORY J. CASAS (Pro Hac Vice)
1000 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: 713-374-3500
Facsimile: 713-374-3505
Email: casasg@gtlaw.com

Attorneys for Defendant Hewitt Associates LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALTZ ASSOCIATES, L.P., <br><br> Plaintiff; <br><br> v. <br><br> HEWITT ASSOCIATES, LLC, <br><br> Defendants. | Case No. CV 08-04626 VRW <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SERVE EXPERT DISCLOSURES AND REBUTTAL** |

IT IS HEREBY STIPULATED by and between Plaintiff MALTZ ASSOCIATES, L.P. ("MALP") and Defendant HEWITT ASSOCIATES LLC ("Hewitt"), through their counsel of record, that (1) the parties' time to serve expert disclosures/reports is extended from May 29, 2009, to June 5, 2009; and (2) that the deadline for the parties to serve rebuttals to experts/reports is extended from June 12, 2009 to June 19, 2009.

Dated: June 3, 2009          HOWARD RICE NEMEROVSKI CANADY
                                     FALK & RABKIN
                             A Professional Corporation

                             By: /s/ Kenneth G. Hausman
                                 Kenneth G. Hausman

                             Attorneys for Plaintiff Maltz Associates, L.P.

Dated: June 3, 2009          GREENBERG TRAURIG, LLP

                             By: /s/ William J. Goines
                                 William J. Goines
                                 Gregory J. Casas
                                 Cindy Hamilton
                                 Karen Rosenthal

                             Attorneys for Defendant Hewitt Associates, L.P.

### ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Serve Expert Disclosures and Rebuttal. In compliance with General Order 45, X.B., I hereby attest that Kenneth G. Hausman has concurred in this filing.

Date: June 3, 2009           GREENBERG TRAURIG LLP

                             By: /s/ William J. Goines
                                 William J. Goines

[PROPOSED] ORDER

Based on the Stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that (1) the parties' time to serve expert disclosures/reports is extended from May 29, 2009, to June 5, 2009; and (2) that the deadline for the parties to serve rebuttals to experts/reports is extended from June 12, 2009 to June 19, 2009.

Dated: 6/9/2009

_____
Hon. Vaughn R. Walker
United States District Court Judge

