KENNETH G. HAUSMAN (No. 57252)
JOHN P. DUCHEMIN (No. 250501)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Plaintiff
MALTZ ASSOCIATES, L.P.

WILLIAM GOINES
CINDY HAMILTON
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650/328-8500
Facsimile: 650/328-8508

Attorneys for Defendant
HEWITT ASSOCIATES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALTZ ASSOCIATES, L.P., | No. C 08-04626-VRW |
| Plaintiff, | Action Filed: October 6, 2008 |
| v. | STIPULATION AND [PROPOSED] ORDER RE SUMMARY JUDGMENT HEARING DATE OF OCTOBER 15, 2009, AND NEW TRIAL DATE OF FEBRUARY 1, 2, AND 3, 2010 |
| HEWITT ASSOCIATES LLC, | |
| Defendant. | |

It is hereby stipulated by and between Plaintiff Maltz Associates, L.P. ("Maltz") and Defendant Hewitt Associates LLC ("Hewitt"), through their counsel of record, that:

1. That Hewitt's Motion for Summary Judgment presently scheduled for September 24, 2009, be continued to October 15, 2009. Plaintiff's Opposition Brief shall be filed on or before September 24, 2009, and Defendant's Reply Brief shall be filed on or before October 1, 2009.

2. The court trial presently scheduled to commence on October 5, 2009, shall be continued until February 1, 2, and 3, 2010, as a three-day court trial. The court shall issue a new Scheduling Order with regard to this new trial date and will reset the pretrial conference date accordingly. PRETRIAL CONFERENCE DATE: January 21, 2010 at 3:30 PM.

DATED: September 24, 2009.

Respectfully,

KENNETH G. HAUSMAN
JOHN P. DUCHEMIN
HOWARD RICE NEMEROVSKI CANADY FALK
   & RABKIN
A Professional Corporation

By:    /s/ Kenneth G. Hausman
        KENNETH G. HAUSMAN

Attorneys for Plaintiff MALTZ ASSOCIATES, L.P.

DATED: September 24, 2009.

WILLIAM GOINES
CINDY HAMILTON
GREENBERG TAURIG, LLP

By:    /s/ William Goines
        WILLIAM GOINES

Attorneys for Defendant HEWITT ASSOCIATES LLC

[~~PROPOSED~~] ORDER

Based on the Stipulation of the parties, and good cause appearing therefore,

IT IS SO ORDERED.

DATED: October 15, 2009



## ATTESTATION

I, Kenneth G. Hausman, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order For Leave To File Amendment To Complaint. In compliance with General Order 45.X.B, I hereby attest that William Goines has concurred in this filing.

DATED: September 24, 2009.

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, A Professional Corporation

By: /s/ Kenneth G. Hausman
KENNETH G. HAUSMAN

Attorneys for Plaintiff MALTZ ASSOCIATES, L.P.