IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALTZ ASSOCIATES,<br><br>  Plaintiff,<br><br>  v.<br><br>HEWITT ASSOCIATES,<br><br>  Defendant.<br>_____/ | No. C-08-04626 VRW (EDL)<br><br>**ORDER SETTING DISCOVERY CONFERENCE** |

This matter has been referred to this Court for resolution of the parties' discovery disputes. A discovery conference is scheduled for January 7, 2010 at 2:30 p.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

**IT IS SO ORDERED.**

Dated: December 28, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge