IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALTZ ASSOCIATES, | No. C-08-04626 VRW |
| Plaintiff, | **ORDER** |
| v. | |
| HEWITT ASSOCIATES, | |
| Defendant. | |

The court directs Magistrate Judge Elizabeth D Laporte to conduct a settlement conference in this matter. The court vacates the previous referral to Magistrate Judge Laporte of the discovery disputes in this matter.

In accordance with the court's December 18, 2009 order, the court refers the discovery disputes in this matter to the Chief Magistrate Judge or her designee, other than Magistrate Judge Laporte. Counsel will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: January 7, 2010

VAUGHN R WALKER
United States District Chief Judge