UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MALTZ ASSOCIATES, | ) | |
| Plaintiff(s), | ) | No. C08-4626 VRW (BZ) |
| v. | ) | **FIRST DISCOVERY ORDER** |
| HEWITT ASSOCIATES, | ) | |
| Defendant(s). | ) | |

The pending discovery disputes have been reassigned to me. **IT IS ORDERED** as follows:

1. The parties are to jointly select up to five of the disputed e-mails which they deem to be representative of the remaining e-mails and submit them to the Court by **4:00 p.m., Monday, January 11, 2010** for *in camera* review.

2. If the parties are unable to agree, plaintiff shall designate three e-mails by **noon** on **Monday, January 11, 2010** and defendant shall submit those three together with three of its own choosing by the deadline.

3. A conference is scheduled for **Wednesday, January 13, 2010, at 9:00 a.m.** in Courtroom G, 15th Floor, Federal

1

1 Building, 450 Golden Gate Avenue, San Francisco, California
2 94102.
3 Dated: January 8, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MALTZ V. HEWITT\DISC ORD 1.wpd

2