UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALTZ ASSOCIATES, | |
| Plaintiff(s), | No. C08-4626 VRW (BZ) |
| v. | **SECOND DISCOVERY ORDER** |
| HEWITT ASSOCIATES, | |
| Defendant(s). | |

It is ORDERED that Documents 13 and 28 be produced by Wednesday, January 20, 2010. The Court regards the discussion to be of a business nature and there is nothing before the Court that suggests that Power was seeking legal advice from Ostling on December 10, 2007.

Dated: January 15, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MALTZ V. HEWITT\Second Disc Order BZ.wpd

1